UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LOCAL UNION 40 OF THE INTERNATIONAL
ASSOCIATION OF BRIDGE, STRUCTURAL,
ORNAMENTAL, & REINFORCING IRON
WORKERS, AFL-CIO,

                        Plaintiff,

-against-

BOVIS LEND LEASE, LMB, INC., LVI
ENVIRONMENTAL SERVICES, INC., LVI
SERVICES, INC. AND JV TRUCKING &
RIGGING LLC,
                        Defendants.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/7/11
```

10 **CIVIL** 6362 (DLC)

**JUDGMENT**

    Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable Denise Cote, United States District Judge, and the Court, on March 2, 2011, having rendered its Order directing the Clerk of the Court to enter judgment for the defendants and to close the case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 2, 2011, judgment is entered for the defendants; accordingly, the case is closed.

**Dated:** New York, New York
          March 7, 2011

                                                  **RUBY J. KRAJICK**

                                                  **Clerk of Court**
                        **BY:**
                                                  **Deputy Clerk**

                                     THIS DOCUMENT WAS ENTERED
                                     ON THE DOCKET ON _____